Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                                                        CASE NO:  21-30524-MVL-13
**ELLIS CLAYTON PYLE**
      DEBTOR

## TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The Debtor has not provided supporting documentation for all of the current income reflected on Schedule I. Therefore, the Trustee is unable to recommend confirmation of the plan.

The Plan does not provide treatment for the following Secured debt, Mariner Financial on a golf cart & Nebraska Furniture Mart on furniture.

The Trustee requests a Wage Directive from the Debtor.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

                                                             Respectfully submitted,
                                                             THOMAS D. POWERS, CHAPTER 13 TRUSTEE

                                                             By: /s/ Deborah B. Morton

                                                             Deborah B. Morton
                                                            State Bar No. 14558980
                                                            Attorney For Tom Powers
                                                            105 Decker Ct
                                                            Suite 1150 11th Floor
                                                            Irving, TX  75062
                                                            (214) 855-9200
                                                            Fax: (214) 965-0758

**Trustee's Objection To Confirmation, Page 2**
**Case # 21-30524-MVL-13**
**ELLIS CLAYTON PYLE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service .

Debtor: ELLIS CLAYTON PYLE, 1799 WEST CAMPBELL ROAD, GARLAND, TX 75044

Attorney: ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX 76054**

Creditor(s): SYNCHRONY BANK, PRA RECEIVABLES MANAGEMENT, PO BOX 41021, NORFOLK, VA 23541

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: May 06, 2021         By: /s/ Debbie Morton